FILED

05/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0086

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 23-0086

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JAMES EDWARD MEURET II,

      Defendant and Appellant.

FILED

MAY 1 6 2023

Bowen Greenwood
Clerk of Supreme Cour
State of Montana

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until June 26, 2023, to prepare, file, and serve the Appellant's opening brief.

Dated this 16th day of May, 2023.

Bowen Greenwood, Clerk